CHARLES J. STEVENS (CSBN 106981)
TODD M. NOONAN (CSBN 172962)
STEVENS & O'CONNELL LLP
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

OF COUNSEL:

DAVID SCHLITZ
FREDERICK MICHAUD (Admitted Pro Hac Vice)
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Attorneys for Plaintiff
THE RAINLINE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RAINLINE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL STRIPING SERVICE, INC., JAMES LESNIEWSKI, SUSAN LESNIEWSKI,<br><br>Defendants. | Case No. CIV.S-04-2700 GEB DAD<br><br>STIPULATION RE FILING OF FIRST AMENDED COMPLAINT |

WHEREAS plaintiff The RainLine Corporation (hereinafter "RainLine") filed its original Complaint on December 22, 2004;

WHEREAS on March 11, 2005, the parties filed a Joint Status Conference Statement advising the Court that plaintiff might seek to amend the Complaint;

WHEREAS on March 21, 2005, the Court issued its Order Continuing Status (Pretrial Scheduling) Conference, giving plaintiff until April 29, 2005, to file any motion for leave to amend;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between plaintiff RainLine and defendant Central Striping Service, Inc., through their respective counsel, that RainLine may file its First Amended Complaint, a copy of which is attached hereto.

Dated: April __, 2005            STEVENS & O'CONNELL LLP

By: _____/s/_____
TODD M. NOONAN
Attorneys for Plaintiff
THE RAINLINE CORPORATION

Dated: April __, 2005            WEULE, BALLARD & MONDO, LLP

By: _____/s/_____
JOHN C. TEAL, JR.
Attorneys for Defendant
CENTRAL STRIPING SERVICE, INC.

**ORDER**

IT IS SO ORDERED.

DATED: April 28, 2005

  /s/ Garland E. Burrell, Jr.
**GARLAND E. BURRELL, JR.**

United States District Judge