1  DOWNEY BRAND LLP
   MICHAEL J. THOMAS, ESQ. (SBN 172326)
2  RALPH R. NEVIS, ESQ. (SBN 202730)
   555 Capitol Mall, 10th Floor
3  Sacramento, CA 95814
   Telephone: (916) 444-1000
4  Facsimile: (916) 444-2100

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  THE RAINLINE CORPORATION,           )   CASE NO. CIV.S-04-2700 GEB DAD
                                        )
12                                      )   CONSENT TO SUBSTITUTION OF
                  Plaintiff,            )   ATTORNEY
13                                      )
       v.                               )   [PROPOSED ORDER APPROVING
14                                      )   SUBSTITUTION AND TAKING
    CENTRAL STRIPING SERVICE INC., JAMES)   MOTION FOR ORDER ALLOWING
15  LESNIEWSKI, SUSAN LESNIEWSKI,       )   WITHDRAWL OF ATTORNEY OFF
                                        )   CALENDAR]
16                Defendants.           )
                                        )
17  _____ )

18  TO:   THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19        PLEASE TAKE NOTICE that defendant, CENTRAL STRIPING SERVICE, INC., makes

20  the following substitution:

21        1.    **Former legal representation**:
                John C. Teal, Jr., Esq.
22              WEULE, BALLARD & MONDO, LLP
                18881 Von Karman, Suite 1225
23              Irvine, CA 92612
                Tel:   (949) 476-2088   Fax:(949) 476-3095
24
          2.    **New legal representation:**
25              DOWNEY BRAND LLP
                Michael J. Thomas, Esq. (SBN 172326)
26              Ralph R. Nevis, Esq. (SBN 202730)
                555 Capitol Mall, 10th Floor
27              Sacramento, CA 95814
                Tel:   (916) 444-1000      Fax:(916) 444-2100
28              Email: mthomas@downeybrand.com

---

1

CONSENT TO SUB OF ATTY; ORDER THEREON

3. The party making this substitution is a defendant.

4. I consent to this substitution.

Dated: June 23, 2005                    CENTRAL STRIPING SERVICE, INC.

                                        By: /s/ Geri Lesniewski (original signature retained by attorney)

                                        Title: Corporate Secretary

5. I consent to this substitution.

Dated: June 23, 2005                    WEULE, BALLARD & MONDO, LLP

                                        By: /s/ John C. Teal, Jr. (original signature retained by attorney)

6. I consent to this substitution.

Dated: June 24, 2005                    DOWNEY BRAND, LLP

                                        By: /s/ Michael J. Thomas

# **O R D E R**

The foregoing substitution of attorney is hereby approved.

The substitution having been approved, the motion of Weule, Ballard & Mondo for an order allowing withdrawl of attorney scheduled for hearing on June 27, 2005, is moot and the motion is ordered off calendar.

Dated: June 24, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge