DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
RALPH R. NEVIS (Bar No. 202730)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendants
Central Striping Service, Inc.,
James Lesniewski and Susan Lesniewski

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINLINE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL STRIPING SERVICE, INC.,<br>JAMES LESNIEWSKI, SUSAN<br>LESNIEWSKI,<br><br>　　　　　Defendants. | Case No.  CIV.S-04-2700 GEB DAD<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO FILE AMENDED ANSWER<br>TO FIRST AMENDED COMPLAINT** |

　　　　WHEREAS, defendant Central Striping Service, Inc.'s ("Central Striping") previous counsel filed an Answer to Plaintiff's First Amended Complaint, and whereas Central Striping, through its current counsel of record, now seeks to file an Amended Answer to Plaintiff's First Amended Complaint, a copy of which is attached hereto as Exhibit A;

　　　　WHEREAS, defendant Central Striping contends that justice requires that leave to amend be granted in order to allow Central Striping to conform its Answer to the Answer filed on behalf of the individual defendants which contains certain allegations/affirmative defenses which were not included in the original Central Striping Answer filed by prior counsel;

　　　　WHEREAS, the Court's July 1, 2005, Status (Pretrial Scheduling) Order, provides that Central Striping shall have until July 11, 2005, to seek leave under Rule 15 of the Federal Rules of Civil Procedure to file an Amended Answer;

WHEREAS, RAINLINE CORPORATION ("RainLine") has agreed to Central Striping's request for a stipulation that it be allowed to file the attached Amended Answer subject to the following condition: By stipulating to the filing of the amended answer, Plaintiff does not concede the merit of the allegations or defenses set forth therein and indeed disputes them. Plaintiff reserves the right to use defendant Central Striping's admissions in its original answer against it in later proceedings, *Huey v. Honeywell, Inc*., 82 F.3d 327 (9th Cir. 1996), to and including as evidence that Defendants' improperly inflated the costs of this litigation in any subsequent motion for attorney's fees; and,

WHEREAS, in signing this stipulation, defendants do not concede that Plaintiff has the rights asserted in the preceding paragraph, although defendants do agree that Plaintiff is not waiving any rights in signing this stipulation;

IT IS HEREBY STIPULATED by and between Plaintiff RainLine, and Defendant Central Striping, by and through their respective counsel, that Central Striping may file the Amended Answer to the First Amended Complaint attached hereto as Exhibit A.

DATED: July 8, 2005            STEVENS & O'CONNELL LLP

By: /s/ Todd M. Noonan (original signature retained by attorney)
TODD M. NOONAN
Attorney for Plaintiff
The RainLine Corporation

DATED: July 8, 2005            DOWNEY BRAND LLP

By:         /s/ Michael J. Thomas
MICHAEL J. THOMAS
Attorney for Defendants
Central Striping Service, Inc., James Lesniewski and Susan Lesniewski

**IT IS SO ORDERED:**

DATED: July 11, 2005            s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge