IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RAINLINE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL STRIPING SERVICE, INC.,<br>JAMES LESNIEWSKI, SUSAN LESNIEWSKI,<br><br>Defendants. | CIV. S-04-2700 GEB DAD<br><br>ORDER |

The typographical error on page 3, line 12 of the Status (Pretrial Scheduling) Order filed July 1, 2005, is amended to read that "All discovery shall be completed by August 30, 2006."

IT IS SO ORDERED.

Dated:  July 12, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1